USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 16 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY THOMAS,<br><br>                      Movant,<br><br>    -against-<br><br>UNITED STATES OF AMERICA,<br><br>                      Respondent. | 19-CV-9756 (AJN)<br><br>13-CR-0360-2 (AJN)<br><br>ORDER |

ALISON J. NATHAN, United States District Judge:

    Movant's previous defense counsel, Dale Smith, is hereby ordered to respond to Movant's motion, Dkt. No. 332, on or before March 20, 2020. Chambers will mail a copy of this order to Movant and note its mailing on the docket.

SO ORDERED.

Dated:   March 13, 2020
           New York, New York

                                                ALISON J. NATHAN
                                               United States District Judge