UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY THOMAS,

        Movant,

-against-

UNITED STATES OF AMERICA,

        Respondent.

19-CV-9756 (AJN)

13-CR-0360-2 (AJN)

ORDER

ALISON J. NATHAN, United States District Judge:

    Movant's previous defense counsel, Kye Walker, is hereby ordered to respond to Movant's motion, Dkt. No. 332, on or before March 30, 2020. Respondent is hereby ordered to mail a copy of this Order to Movant. If it is impracticable for Respondent to mail a copy of this Order, then Respondent should notify the Court within three days of the date of this Order, so the Court can implement an alternative procedure.

SO ORDERED.

Dated:   March 23, 2020
           New York, New York

_____
ALISON J. NATHAN
United States District Judge