USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY THOMAS,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

19-CV-9756 (AJN)

13-CR-0360-2 (AJN)

ORDER

ALISON J. NATHAN, United States District Judge:

    In his most recent filing, Mr. Thomas states that he has been unable to view the four CD-ROMs sent to him by his former counsel. Within one week of the date of this order, the Government is hereby ordered to provide a timetable for when Mr. Thomas will be able to view the CD-ROMs.

    The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Thomas.

SO ORDERED.

Dated:   June 8, 2020
           New York, New York

                                                ALISON J. NATHAN
                                                United States District Judge