UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2020
```

Gary Thomas,

                Movant,

–v–

United States of America,

                Respondent.

19-CV-9756 (AJN)

13-CR-0360-2 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

        The deadline for Mr. Thomas to supplement his reply brief remains August 31, 2020. Consistent with the Court's orders of March 31, 2020, July 21, 2020, and July 31, 2020, Mr. Thomas' requests for discovery remain denied. Absent further order of the Court, Mr. Thomas' motion will be deemed fully briefed as of August 31, 2020. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Thomas and note the mailing on the public docket.

        SO ORDERED.

Dated: August 19, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1