```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gary Thomas,

          Movant,

–v–

United States of America,

          Respondent.

19-CV-9756 (AJN)

13-CR-0360-2 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The time for Defendant Gary Thomas to supplement his reply brief is extended to October 31, 2020. The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Thomas and to note the mailing on the public docket.

    SO ORDERED.

Dated: September 15, 2020
       New York, New York

                                    _____
                                    ALISON J. NATHAN
                                  United States District Judge