UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gary Thomas,

                Movant,

–v–

United States of America,

                Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2021

19-cv-9756 (AJN)

13-cr-0360-2 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court received the attached letter by mail from Mr. Thomas. The request for an extension of time to February 10, 2021, to a file a supplemental reply is GRANTED.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Thomas and to note the mailing on the public docket.

SO ORDERED.

Dated: January 26, 2021
       New York, New York

                              ALISON J. NATHAN
                           United States District Judge

The Honorable Judge Alison J. Nathan  
United States District Judge  
Southern District Of New York  
40 Foley Square  
New York, New York, 10007

January 9, 2021

**Status Update/Request For Extension Of Time Reference:**  
<u>Gary Thomas v. United States</u>, 19-CV-9756(AJN) and 13-CR-360(AJN)

Dear Judge Nathan:

   Recently I wrote the Court notifying the court of my status with respect to the filing of my supplemental reply to my 28 U.S.C. §2255 motion. In the recent filing I informed the court that I anticipated having my supplemental reply filed on or before January 17, 2021. Due to recent unforeseen delays in mailing I have not been given critical and necessary documents that my sister sent to me from St. Croix, Christiansted, VI on December 28, 2020. My pleading is 95% completed and the outstanding document was delivered to local prison officials on January 2, 2021 but as of to date have not been given to me. In addition, on the heels of my sister sending me this critical material, she placed another package in the mail on or about January 6, 2021 that will also accord the Court a crucial foundation to assess the merit of my supplemental position. In summation, I am asking the Court to permit me until February 10, 2021 to have my supplemental reply filed. This additional time should cover any unforeseen delays and disruption by the Postal Service and/or hopefully local prison officials, that is, in the withholding of my mail. I have attached hereto this letter the results of my recent USPS tracking inquiry.

I thank you in advance Your Honor for according me the appropriate relief in this matter.

Sincerely,

*/s/ Gary Thomas/*

Gary Thomas, Petitioner, Pro Se  
Fed. Reg. No. 08951-094  
FCC Beaumont Low  
P.O. BOX 26020  
Beaumont, Texas 77720



RECEIVED  
JAN 25 2021  
ALISON J. NATHAN  
U.S. DISTRICT JUDGE  
S.D.N.Y.

TRULINCS 08951094 - THOMAS, GARY - Unit: BML-X-A

----

FROM: 08951094 THOMAS, GARY
TO: Mail Room
SUBJECT: ***Request to Staff*** THOMAS, GARY, Reg# 08951094, BML-X-A
DATE: 01/05/2021 06:14 AM

To: Ms. Sheldon
Inmate Work Assignment: Unicor

Good morning Ms. Sheldon, I'm asking that you help me to receive a envelop with Legal Documents sent from my Sister Rena M. Thomas. My sister has tracked this package last night (Tracking # 9505510349010363241661) which has shown to be delivered on 1/2/21. Can you please either call me from my job at Unicor or have it sent to the Unit in the general mail bag in the afternoon. I need it in order to finish and met my filling to the Courts. Thank You Ms. Sheldon.

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMI...

# USPS Tracking®

FAQs

Track Another Package **+**

Remove

**Tracking Number:** 9505510349010363241661

Your item has been delivered and is available at a PO Box at 11:46 am on January 2, 2021 in BEAUMONT, TX 77720.

**USPS Premium Tracking™ Available**

## Delivered

January 2, 2021 at 11:46 am
Delivered, PO Box
BEAUMONT, TX 77720

**Get Updates**

---

**Text & Email Updates**

---

**Tracking History**

**January 2, 2021, 11:46 am**
Delivered, PO Box
BEAUMONT, TX 77720
Your item has been delivered and is available at a PO Box at 11:46 am on January 2, 2021 in BEAUMONT, TX 77720.

USPS.com® - USPS Tracking® Results

**January 1, 2021**
In Transit to Next Facility

**December 31, 2020, 9:58 am**
Arrived at USPS Regional Destination Facility
NORTH HOUSTON TX DISTRIBUTION CENTER

**December 28, 2020, 10:09 pm**
Departed USPS Regional Origin Facility
SAN JUAN PR DISTRIBUTION CENTER

**December 28, 2020, 10:08 pm**
Arrived at USPS Regional Origin Facility
SAN JUAN PR DISTRIBUTION CENTER

**December 28, 2020, 4:31 pm**
Departed Post Office
CHRISTIANSTED, VI 00820

**December 28, 2020, 2:52 pm**
USPS in possession of item
CHRISTIANSTED, VI 00820

Feedback

**Premium Tracking**

**Product Information**

See Less

Can't find what you're looking for?