UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gary Thomas,

            Movant,

—v—

United States of America,

            Respondent.

19-cv-9756 (AJN)

13-cr-0360 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On March 26, 2021, the Court granted Mr. Thomas's request to file a final reply not exceeding five pages. Mr. Thomas filed a reply of eight pages and a request that the Court accept that response for filing. The Court accepts Mr. Thomas's reply submission for filing. The matter is now fully briefed.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Thomas and to note the mailings on the public docket.

    SO ORDERED.

Dated: April 20, 2021
       New York, New York

                              ALISON J. NATHAN
                           United States District Judge